1  David D. Lawrence, Esq. [State Bar No. 123039]
   E-Mail: dlawrence@lbaclaw.com
2  Christina M. Sprenger, Esq. [State Bar No. 205105]
   E-Mail: csprenger@lbaclaw.com
3  Daniel S. Cha, Esq. [State Bar No. 260256]
   E-mail: dcha@lbaclaw.com
4  Emily B. Chai, Esq. [State Bar No. 265166]
   E-Mail: echai@lbaclaw.com
5  LAWRENCE BEACH ALLEN & CHOI, PC
   1600 North Broadway, Suite 1010
6  Santa Ana, California 92706
   Telephone No.: (714) 479-0180
7  Facsimile No.: (714) 479-0181

8  Attorneys for Defendant,
   COUNTY OF ORANGE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI ALES, an individual, | Case No. SACV 10-01090 CJC (RNBx) |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER FOR PROTECTIVE ORDER |
| CITY OF SANTA ANA, COUNTY OF ORANGE and DOES 1-10, inclusive, | *[Stipulation filed concurrently herewith]* |
| Defendants. | **MATTER FOR DETERMINATION BEFORE THE HONORABLE** ~~CORMAC J. CARNEY~~ **ROBERT N. BLOCK** |

///

///

///

## ORDER

Pursuant to the agreement of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the jail videotapes and classification documents produced by Defendant County of Orange, and any attachments, appendices, addenda, exhibits or notations made thereto, are subject to the terms set forth fully in the Stipulation for Protective Order filed concurrently herewith.

**IT IS SO ORDERED.**

Dated: August 1, 2011 _____
HONORABLE ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE